JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON LEACH,<br><br>    Plaintiff,<br><br>    vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>    Defendant. | Case No.: 8:24-cv-00847-JWH-ADS<br><br>**ORDER** |

Pursuant to the stipulation of the Parties, and in accordance with Rule 41(a)(2) of the Federal rules of Civil Procedure, it is hereby **ORDERED** as follows:

1. Experian Information Solutions, Inc. is **DISMISSED with prejudice**.
2. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED.**

DATED: July 23, 2024

Hon. John W. Holcomb
UNITED STATES DISTRICT JUDGE